IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCOMB ET AL, | No.   C05-03074 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **June 2, 2006**, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:     5/18/2006

MARTIN J. JENKINS
United States District Judge