LYLE C. CAVIN, JR., SBN 44958
RONALD H. KLEIN, SBN 32551
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone:    510-444-2501
Facsimile:     510-444-4209

Attorneys for Plaintiffs
ALEXANDER W. F. NEWCOMB
and IGOR KWASNIZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER W. F. NEWCOMB and IGOR KWASNIZA<br><br>            Plaintiffs,<br><br>    v.<br><br>THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION,  and<br>DOES ONE THROUGH TEN,<br><br>            Defendants.             / | No. C05-03074 MJJ<br><br>**NOTICE of VOLUNTARY DISMISSAL WITHOUT PREJUDICE**  and ORDER.<br><br>F.R.C.P Rule 41(a)(1)(i) |

PLEASE TAKE NOTICE that plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and the clerk is requested to enter this dismissal without prejudice and without costs.

May 22, 2006                                                    LAW OFFICES OF LYLE C. CAVIN, JR.

5/30/2006

[GRANTED — Judge Martin J. Jenkins, United States District Court, Northern District of California]

                                                                                By:          /S/
                                                                                        RONALD H. KLEIN
                                                                                       Attorneys for Plaintiffs
                                                                                ALEXANDER W. F. NEWCOMB
                                                                                     and IGOR KWASNIZA

Dismissal Without Prejudice (Case No. C05-03074 MJJ)                          1